UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lola Lucio,

                Plaintiff(s),

v.                                         Case No. 2:20−cv−11591−SFC−RSW
                                              Hon. Sean F. Cox

West Side Diner Inc.,

                Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 9/28/2020, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.

                                              s/Sean F. Cox
                                              Sean F. Cox
                                              U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/J. McCoy
                                                    Case Manager

Dated:   September 14, 2020