IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LOLA LUCIO, Individually,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 4:20-cv-11591 |
| **WEST SIDE DINER INC.**<br>**A Domestic Company** | : |
| **Defendant.** | : |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Lola Lucio, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this action with prejudice.

Dated: September 25, 2020.

                                                  Respectfully Submitted,
                                                  <u>/s/ Pete M. Monismith</u>
                                                  Pete M. Monismith, Esq.
                                                  Pete@monismithlaw.com
                                                  3945 Forbes Ave., #175
                                                  Pittsburgh, PA 15213
                                                  Ph: 724-610-1881
                                                  Fax: 412-258-1309
                                                  **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this 25th day of September 2020, and by electronically mailing a copy to Defendant at:

Ridley S. Nimmo, II
Plunkett Cooney
rnimmo@plunkettcooney.com

By: /s/ Pete M. Monismith